OPINION — AG — ** JUSTICE OF PEACE — DUAL OFFICE HOLDING ** STATEMENT OF FACTS: CAN ONE PERSON HOLD THE OFFICE OF SULPHUR POLICE JUDGE AND AT THE SAME TIME, HOLD THE OFFICE OF JUSTICE OF THE PEACE DISTRICT NO. 1 — THE A.G. CANNOT ANSWER THIS OPINION. (DUAL OFFICE HOLDING, MUNICIPALITY CITY JUDGE, MUNICIPAL JUDGE) CITE: 19 O.S. 185 [19-185], 51 O.S. 6 [51-6], 74 O.S. 18 [74-18](B) (JAMES P. GARRETT)